[No. 13102-1-II. Division Two. December 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR DEAN BREWSTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 222251R040, Karen G. Seinfeld, J., entered July 28, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 12946-9-II. Division Two. December 5, 1990.]

VICTOR BONAGOFSKI, *Appellant,* v. THE CITY OF CENTRALIA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 89-2-00154-1, H. John Hall, J., entered May 19, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 13283-4-II. Division Two. December 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL TODD HAMILTON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00546-8, Leonard W. Kruse, J., entered September 8, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 13467-5-II. Division Two. December 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD FRANKLIN LAUX, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-00671-7, Brian M. Tollefson, J., entered December 1, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick and Morgan, JJ.